An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

THERESA M. DOWLING,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA, IN AND FOR THE COUNTY OF CLARK; AND THE HONORABLE KATHLEEN E. DELANEY, DISTRICT JUDGE,
Respondents,
and
JOHN PETER LEE, LTD.; JOHN PETER LEE, INDIVIDUALLY; PAUL C. RAY, CHTD.; AND PAUL C. RAY, INDIVIDUALLY,
Real Parties in Interest.

No. 65873

**FILED**

JUL 08 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

### ORDER DENYING PETITION FOR WRIT OF MANDAMUS

This is an original petition for a writ of mandamus challenging a district court order regarding a peremptory challenge in consolidated contract and malpractice actions.

A writ of mandamus is available to compel the performance of an act that the law requires as a duty resulting from an office, trust, or station or to control an arbitrary or capricious exercise of discretion. NRS 34.160; *Int'l Game Tech., Inc. v. Second Judicial Dist. Court*, 124 Nev. 193, 197, 179 P.3d 556, 558 (2008). This court has the discretion to determine whether a writ petition will be considered. *Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 818 P.2d 849, 851 (1991). Petitioner bears the burden of demonstrating that this court's extraordinary intervention is warranted. *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004).

SUPREME COURT
OF
NEVADA

(O) 1947A

14-22178

We have reviewed petitioner's arguments and appendix and conclude that our intervention by way of extraordinary relief is not warranted at this time. *Id.* Accordingly, we deny this petition. *Smith*, 107 Nev. at 677, 818 P.2d at 851; *see also* NRAP 21(b)(1).

It is so ORDERED.[1]

_____, J.
Hardesty

_____, J.
Douglas

_____, J.
Cherry

cc:    Hon. Kathleen E. Delaney, District Judge
Prince & Keating, LLP
Santoro Whitmire
Olson, Cannon, Gormley, Angulo & Stoberski
Lipson Neilson Cole Seltzer & Garin, P.C.
Carlyon Law Group, PLLC
Eighth District Court Clerk

---

[1]In light of this order, we deny petitioner's June 25, 2014, stay motion as moot.

SUPREME COURT
OF
NEVADA

(O) 1947A